NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GARY TILLMAN, )
          )
    Appellant, )
          )
v. )    Case No. 2D18-1529
          )
STATE OF FLORIDA, )
          )
    Appellee. )
_____ )

Opinion filed November 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Tom Barber,
Judge.

Gary Tillman, pro se.


PER CURIAM.


    Affirmed.  See Ratliff v. State, 914 So. 2d 938 (Fla. 2005); Williams v.

State, 707 So. 2d 683 (Fla. 1998); Brown v. State, 13 So. 3d 1087 (Fla. 2d DCA 2009);

Enriquez v. State, 885 So. 2d 892 (Fla. 3d DCA 2004).


SILBERMAN, VILLANTI, and CRENSHAW, JJ., Concur.